**Jennifer LACOGNATA, Individually and on behalf of all others similarly situated, Joseph Lacognata, her husband, Individually and on behalf of all others similarly situated, Plaintiffs–Appellants,**

v.

**HOSPIRA, INC., Defendant–Appellee.**

No. 12–14078.

United States Court of Appeals, Eleventh Circuit.

June 7, 2013.

Kendall A. Almerico, Almerico & Mooney, Tampa, FL, C. Allen Black, Jr., The Law Office of C. Allen Black, Jr., Allison Park, PA, for Plaintiffs–Appellants.

Landis V. Curry, III, Brett J. Preston, Hill Ward & Henderson, PA, Tampa, FL, James C. Fraser, Paul F. Strain, Venable,

LLP, Baltimore, MD, for Defendant–Appellee.

Before CARNES and WILSON, Circuit Judges, and HUCK,* District Judge.

PER CURIAM:

Jennifer Lacognata appeals the district court's dismissal with prejudice of her complaint. She contends that the district court erred when it concluded that she failed to state a claim upon which relief can be granted. Having carefully considered the record and the parties' briefs and having heard oral argument, we **AFFIRM** based on the reasons stated in the district court's order, *Lacognata v. Hospira, Inc.,* 2012 WL 6962884 (M.D.Fla. July 2, 2012).